# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, J.P. ELLINGTON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### TEVIN S. WILSON
### GAS TURBINE SYSTEMS TECHNICIAN FIREMAN APPRENTICE (E-2)
### U.S. NAVY

### NMCCA 201500417
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 28 August 2015.
**Military Judge:** CDR Heather Partridge, JAGC, USN.
**Convening Authority:** Commanding Officer, USS GONZALEZ (DDG 66).
**For Appellant:** Maj Michael Berry, USMCR.
**For Appellee:** Brian Keller, Esq.

### 28 April 2016

---------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and a sentence of confinement for 12 months, reduction to pay grade E-1, forfeiture of $1031.00 pay per month for 12 months, and a bad-conduct discharge. Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c); RULE FOR COURTS-MARTIAL 1003(b)(2), MANUAL FOR COURTS-MARTIAL, UNITED STATES (2012 ed.).

For the Court

R.H. TROIDL
Clerk of Court